**Order entered July 27, 2017**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01180-CV

### IN RE M.A.A.

**On Appeal from the 382nd Judicial District Court**
**Rockwall County, Texas**
**Trial Court Cause No. 01-09-843**

## ORDER

Appellant Sherry Rhodes appealed an order affecting the parent child relationship. On August 23, 2016, we issued our judgment affirming the trial court's order. On January 3, 2017, we denied Rhodes's motion for en banc reconsideration. As a result, this Court's plenary jurisdiction over this appeal, including our jurisdiction over our own judgment and the trial court order on appeal expired on February 2, 2017. As of that date, this Court has had no jurisdiction to entertain any further challenges related to the trial court proceedings or the merits of this appeal.

Rhodes subsequently filed a premature motion to stay the execution of our mandate and a timely motion to extend the time to file a petition for discretionary review with the Texas Supreme Court. On March 26, 2017, the Supreme Court denied Rhodes's motion to extend the time to file a petition for discretionary review.

On June 13, 2017, Rhodes filed a motion to supplement the record, motion to dismiss appeal, and motion to extend stay of mandate. In her motion, Rhodes raises various complaints regarding our judgment, as well as the trial court's judgment that was on appeal. Rhodes has not shown, and does not contend, that she has filed a petition for writ of certiorari in the United State Supreme Court. *See* TEX. R. APP. P. 18.2 (grounds for staying issuance of mandate).

Rhodes's motion to stay issuance of the mandate is **DENIED**.

We have no jurisdiction to consider Rhodes's other requests for relief. Rhodes has exhausted her appellate remedies.

Rhodes's remaining pending motions are **DISMISSED** for want of jurisdiction.

/Ada Brown/

ADA BROWN
JUSTICE